IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

POYSER SCOTT,

      Plaintiff,                              No. CIV S-10-1975 KJM KJN P

     vs.

SOLANO COUNTY SHERIFF'S OFFICE,

      Defendant.                            <u>ORDER</u>

_____/

        The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: January 26, 2011.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

scot1975.rec